BEFORE THE THIRD DIVISION, MAY 22, 1940

**No. 43768.**—Protest 972263–G of Close & Stewart (Seattle).

Opinion by KEEFE, J. It was established that the regulations were complied with and the certificate of pure breeding was furnished. On the record presented the protest was sustained as to one cow.